Charles E. Graham, appellant, v. H. M. Cammack, appellee. Gen. No. 34,644.

Opinion filed April 15, 1931.

Markham & Allie, for appellant; Milton Mallin and Lester B. Shafton, of counsel. George G. King, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Theodore W. Hanrath et al., appellees, v. William Langert, appellant. Gen. No. 34,656.

Opinion filed April 16, 1931.

Joseph F. Grossman, for appellant. Murphy O. Tate, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

William Schukraft and Margaret J. Schukraft, appellees, v. John G. Krutzler and Rosie Krutzler, appellants. Gen. No. 34,641.

Opinion filed May 13, 1931.

Eller, Herr & Callahan, for appellants; Arthur J. Goldberg, of counsel. Norval P. Trimborn and Evart O. Ostberg, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Charles Horn, trading as Charles Horn Lumber Company, appellee, v. John Brennan, trading as John Brennan & Company, appellant. Gen. No. 34,665.

Opinion filed May 13, 1931.

William U. Franey and William L. Daily, for appellant. Herbert A. Schryver, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.